## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                              PLAINTIFF

v.                                        NO: 3:15CV00268 JLH

JOEY MARTIN *et al*                                                                  DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 8th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE